UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF BONOMO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-03394 SEP |
| | ) |
| THE BOEING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**Memorandum and Order**

This matter is before the Court on the parties' Joint Memorandum for Discovery Conference. Doc. [28]. Plaintiff Jeff Bonomo is scheduled to be deposed by Defendant Boeing's counsel on Thursday, July 23, 2020. Defense counsel insists the deposition take place in-person at counsel's office. Plaintiff and his counsel are concerned about conducting in-person depositions during the ongoing Covid-19 pandemic. The parties request a telephone conference with the Court to resolve this issue.

The request for a telephone conference is denied. Counsel for Defendant is reminded that the St. Louis region – and, indeed, the world – is experiencing an unprecedented public health crisis. The novel coronavirus poses a particular threat to older individuals and persons with underlying conditions. Plaintiff is sixty-five years old, and his attorneys both claim to suffer from underlying conditions. In light of these considerations, it is the Court's hope that the parties will resolve this dispute amongst themselves prior to the July 23, 2020, hearing.

Should the parties fail to reach an agreement, the Court will promptly entertain a motion under Federal Rule of Civil Procedure 30(b)(4).

Dated this   21st   Day of July, 2020.

*Sarah E. Pitlyk*
_____
UNITED STATES DISTRICT JUDGE