UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF BONOMO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:19-cv-03394-SEP |
| | ) |
| THE BOEING COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

In accordance with the Memorandum and Order contemporaneously filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant against Plaintiff on all Counts.

Dated this 25th day of February 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE