# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1523

Jeff Bonomo

Appellant

v.

The Boeing Company

Appellee

No: 22-1531

Jeff Bonomo

Appellant

v.

The Boeing Company

Appellee

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00411-SEP)
(4:19-cv-03394-SEP)

------

**ORDER**

The unopposed motion to terminate the consolidation in these two appeals is granted.

Each appeal shall proceed alone.  The appellants' briefs are due April 25, 2022.

April 04, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans